IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1] | ) | |
| | ) | |
| Fansteel Inc. | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 04-517 (JJF) |
| | ) | |
| v | ) | |
| | ) | |
| Service Steel Aerospace Corp. | ) | |
| | ) | Adversary Case No. 04-51062 |
| Defendant | ) | Bankruptcy Case No. 02-10109 (JJF) |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 22nd day of March 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Settlement of Avoidance Action**

*James E O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

DOCS_DE:105419.1

**SERVICE LIST FOR**
**SERVICE STEEL AEROSPACE CORP.**

*Hand Delivery*
(Counsel for Service Steel Aerospace Corp)
Ian Connor Bifferato, Esquire
Joseph Kendall Koury, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE 19899

*First Class Mail*
Rob Clark
Clark & Seary
15301 Spectrum Drive
Suite 510
Addison, TX 75001

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail

*Hand Delivery*
David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

*First Class Mail*
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL 60064

*First Class Mail*
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

*First Class Mail*
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100